# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| United States of America, | Criminal No. 10-235 (1) (RHK/FLN) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Joelyn Rose Hart, | |
| Defendant. | |

Defendant has filed timely Objections to the October 21, 2010 Report and Recommendation of Magistrate Judge Franklin L. Noel. Judge Noel has recommended the denial of Defendant's Motion to Suppress Statements, Admissions and Answers.

The undersigned has reviewed de novo the Report and Recommendation of Judge Noel as well as Defendant's Objection thereto. Based upon such review, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendant's Objection (Doc. No. 41) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 38) is **ADOPTED**; and

3. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 16) is **DENIED**.

Dated: January 4, 2011

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge